**Fill in this information to identify the case**

**Debtor 1** Gladstone Henry

**Debtor 2** Honorata M Henry
(Spouse, if filing)

**United States Bankruptcy Court for the:** NORTHERN **District of** IL
                                                                                                 **(State)**

**Case number** 11-29549

# Form 4100R
## Response to Notice of Final Cure Payment                               10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Caliber Home Loans, Inc.

**Court claim no.** (if known): ____

**Last 4 digits** of any number you use to identify the debtor's account:  7856

**Property address:** 13924 Briar Ln
                              Number          Street

Plainfield  IL  60544
   City                State      Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:    ___/___/_____
                                                                                                            MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                                     (a) $0.00

  b. Total fees, charges, expenses, escrow, and costs outstanding:                  (b) $3,527.66

  c. Total. Add lines a and b.                                                                                 (c) $3,527.66

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    08/01/2016
MM/DD/YYYY

16-023664_CJP

Debtor 1 ___Gladstone Henry___  Case number (if known) 11-29549
    First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x** ___/s/ Keith Levy (6279243)___  Date ___September 7, 2016___
   Signature

Print:   ___Todd J. Ruchman (6271827)___  Title ___Attorneys for Creditor___

Company   ___Manley Deas Kochalski LLC___

Address   ___P.O. Box 165028___
    Number   Street

   ___Columbus OH  43216-5028___
   City   State   ZIP Code

Contact phone   ___614-220-5611___  Email ___tjruchman@manleydeas.com___

Form 4100R   **Response to Notice of Final Cure Payment**   page **2**

16-023664_CJP

**Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 2 payments at $1,763.83 each | 08/01/16-09/01/16 | (15) | $ 3,527.66 |
| 16. | ___ number of payments at $_____. (Edit blanks with complete info regarding unpaid payments.) | | (16) | $ |
| 17. | ___ number of payments at $_____. (Edit blanks with complete info regarding unpaid payments.) | | (17) | $ |
| 18. | Other. Specify: _____ | | (18) | $ |
| 19. | Other. Specify: _____ | | (19) | $ |
| 20. | Other. Specify: _____ | | (20) | $ |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (21) | $ 3,527.66 |

16-023664_CJP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

Alex Wilson, Attorney for Gladstone Henry and Honorata M Henry, 55 E. Monroe St., Suite #3400, Chicago, IL 60603, ndil@geracilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 8, 2016:

Gladstone Henry and Honorata M Henry, 13924 Briar Ln, Plainfield, IL 60544

/s/ Keith Levy (6279243)

16-023664_CJP